UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

Theresa Roeder, as the Administratrix of the Estate of Esther Kay Roeder, deceased, and on behalf of the wrongful death beneficiaries of Esther Kay Roeder; Tara Roeder, as the Administratrix of the Estate of Bruce Wayne Roeder, and on behalf of the wrongful death beneficiaries of Bruce Wayne Roeder; and Tara Roeder, Administratrix of the Estate of Deborah Busby Roeder, and on behalf of the wrongful death beneficiaries of Deborah Busby Roeder,
    Plaintiffs,

CASE NO.:   6:11-cv-06062-RTD

v.

United States of America,
    Defendant.
_____/

## ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT

Upon motion of Plaintiff, the Court hereby dismisses Defendant United States of America WITHOUT PREJUDICE.

IT IS SO ORDERED this 21 day of February, 2012.

_____
Honorable Robert T. Dawson
U.S. District Court

Prepared by:

By:   /s/ Melody H. Piazza
     Melody Piazza, Esquire
     Wilkes & McHugh, P.A.
     One Information Way, Suite 300
     Little Rock, Arkansas 72202
     Telephone: (501) 371-9903
     Facsimile: (501) 371-9905

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 21 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk